Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

**FILED**
OCT 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
OCT 6 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: BARBARA LYNNE SMITH

Debtor(s)

Case No: 06-41221 RLE 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $638.05 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 06-41221 RLE13 | HOUSEHOLD BK/THORNTON FIN SRVS<br>PO BOX 26610<br>SAN DIEGO, CA 92196-0610 | $ 15,253.67 | $ 638.05 |
| | Total Unclaimed Dividends | | $ 638.05 |

Dated: September 30, 2011

Martha G. Bronitsky, Chapter 13 Trustee

Case: 06-41221   Doc# 26   Filed: 10/03/11   Entered: 10/07/11 17:02:25   Page 1 of 1